UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE SANCHEZ, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1555 |
| v. | : | (JUDGE MANNION) |
| JOHN WETZEL, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiff's amended complaint (Doc. 25) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 13, 2020
18-1555-01-ORDER